THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. VIRGINIA COLE, Respondent.— Order of the Court of Special Sessions of the City of New York, Borough of Brooklyn, dismissing, upon the ground of undue delay in prosecution, an information accusing respondent of the crime of petit larceny, affirmed. No opinion. Nolan, P. J., Wenzel, Murphy, Hallinan and Kleinfeld, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JEREMIAH LA SALLE, Appellant.— Appellant was convicted in the County Court, Kings County, as charged in an indictment for burglary in the third degree and grand larceny in the second degree. Appellant admitted that he was the person mentioned in an information filed by the District Attorney charging him with two prior felony convictions. He was sentenced to serve from 15 to 20 years on the burglary charge and from 9 to 10 years on the larceny charge, such terms to run concurrently. The appeal is from the judgment and the sentence. Judgment unanimously affirmed. No opinion. No separate appeal lies from the sentence, which has been reviewed on the appeal from the judgment of conviction. Present — Nolan, P. J., Wenzel, Murphy, Hallinan and Kleinfeld, JJ.